STATE OF NEW JERSEY v. STEVEN BARENBAUM.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROLAND GEBERT.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO VARGAS.

May 16, 1984.

Petition for certification denied.

THOMAS DEL SORDI v. CITY OF NEWARK v.
COUNTY OF ESSEX.

May 16, 1984.

Petition for certification denied.